UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL NORWOOD,<br><br>    Petitioner,<br><br>        v.<br><br>P.D. BRAZELTON, Warden,<br><br>    Respondent. | NO. EDCV 13-593-ODW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

      In his objections, Petitioner states he has "newly acquired information" that charges against the fired prison staff member were ultimately dismissed in the interest of justice on April 10, 2012, after Petitioner's disciplinary hearing. This

1 | Court cannot consider evidence outside the state record. *Cullen v. Pinholster*,
2 | 131 S. Ct. 1388, 1398, 179 L. Ed. 2d 557 (2011). Moreover, Petitioner has not
3 | shown a due process violation.
4 |     Petitioner's remaining objections have no merit.
5 |     IT THEREFORE IS ORDERED that judgment be entered denying the
6 | Petition and dismissing this action with prejudice.

8 | DATED: September 2, 2014      _____
        OTIS D. WRIGHT, II
9 |         United States District Judge