UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELL NORWOOD, | ) | NO. EDCV 13-593-ODW (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| P.D. BRAZELTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 2, 2014

_____
OTIS D. WRIGHT, II
United States District Judge